107 So.2d 701

**STATE of Louisiana**

**v.**

**Leon A. PICOU, Jr.**

No. 44159.

Dec. 15, 1958.

Dissenting Opinion Jan. 8, 1959.

Rehearing Denied Jan. 12, 1959.

Jack P. F. Gremillion, Atty. Gen., M. E. Culligan, Asst. Atty. Gen., Richard Kilbourne, Dist. Atty., New Orleans, for appellant.

Fred G. Benton, Sr., Sam J. D'Amico, Gordon M. White, Baton Rouge, John

Rarick, St. Francisville, Eugene Stanley, New Orleans, for defendant-appellees.

HAMITER, Justice.

This is a companion case to State **v.** Picou, 236 La. 421, 107 So.2d 691.

For the reasons assigned in that cause the judgment appealed from herein is affirmed.

McCALEB, J., concurs for the reasons given in No. 44,157.

FOURNET, C. J., concurs in the decree being in accord with the views expressed in Justice McCALEB'S opinion.

SIMON, J., dissents with written reasons.

Filed Jan. 8, 1959.

SIMON, Justice (dissenting).

I respectfully dissent for the reasons assigned in the companion case of State **v.** Picou, 236 La. 421, 107 So.2d 691.